NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GEOSCOPE TECHNOLOGIES PTE. LTD.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

———————————

2025-1663

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01209, IPR2023-01210, IPR2023-01211.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          GEOSCOPE TECHNOLOGIES PTE. LTD. V. GOOGLE LLC

(2)  Each side shall bear their own costs.


FOR THE COURT

June 6, 2025
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** June 6, 2025